UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CARL MOTT,

        Petitioner,               Case No. 1:20-cv-835

v.                                       Honorable Paul L. Maloney

RANDEE REWERTS,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner must show cause within 28 days why the petition should not be dismissed as untimely.

**IT IS FURTHER ORDERED** that, in consideration of the possibility that the petition is not dismissed as untimely, Petitioner must show cause within 28 days why he is entitled to a stay of these proceedings. If Petitioner fails to meet the requirements for a stay or fails to timely comply with the Court's order, the Court will review only his exhausted claims.

Dated: September 11, 2020                    /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge