UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

CARL MOTT,

        Petitioner,               Case No. 1:20-cv-835

v.                                       Honorable Paul L. Maloney

RANDEE REWERTS,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion to proceed *in forma pauperis* (ECF No. 2) is **DENIED** as moot because Petitioner has paid the filing fee.

**IT IS FURTHER ORDERED** that Petitioner's motion for stay (ECF No. 3) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:   October 14, 2020                    /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             United States District Judge