UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CARL MOTT,

      Petitioner,               Case No. 1:20-cv-835

v.                                  Honorable Paul L. Maloney

RANDEE REWERTS,

      Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:  October 14, 2020                /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                       United States District Judge